2608
18 USC 1343

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2007 NOV 13 A 12:08

UNITED STATES OF AMERICA  )
                          )  CASE NUMBER  07CR 2918-H
         vs               )
                          )  ABSTRACT OF ORDER
Ravinderjit Singh Sekhon(3))
                          )  Booking No.  05657 298
                          )
                          )
                          )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of  November 13, 2007
the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

____✓_____ Defendant released on $ 50,000 P/S bond posted.

____✓_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:

                 _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

                                            NITA L. STORMES
                                            _____
                                            UNITED STATES MAGISTRATE JUDGE

                                                        OR
Received_____
           DUSM                             by _____
                                                        Deputy Clerk

Crim-9   (Rev 6-95)                                          ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY