KAREN P. HEWITT
United States Attorney
YESMIN E. SAIDE
Assistant U.S. Attorney
California State Bar No. 067386
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-6755/(619) 557-7055 (Fax)
Email: yesmin.saide@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2918-W |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ALEJANDRO LOPEZ, ET AL. | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Yesmin E. Saide | 067386 | (619) 557-6755 | yesmin.saide@usdoj.gov |
| Valerie Chu | 241709 | (619) 557-7837 | valerie.chu@usdoj.gov |

1       Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2   <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3   <u>Name</u>                   <u>Cal. Bar No.</u>    <u>Telephone No.</u>         <u>Email Address</u>

4

5       Please call me if you have any questions about this notice.

6       DATED: November 16, 2007

7                               Respectfully submitted,

8                               KAREN P. HEWITT
                                United States Attorney

9

10                              <u>s/YESMIN E. SAIDE</u>

11                              Assistant United States Attorney
                                Attorneys for Plaintiff

12                              United States of America
                                **Email: yesmin.saide@usdoj.gov**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  Notice of Appearance
    United States v. Lopez, et al.          2          07CR2918-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2918-W |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| ALEJANDRO LOPEZ, ET AL. | ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. : I have caused service of: Government's Notice of Appearance on the following parties by faxing a copy to: Ezekiel Cortez, Esq., Fax: 619-237-8052 (Def. 1); Gregory Vega, Esq., Fax 619-702-6814 (Def. 2); Kurt D. Hermansen, Esq., Fax: 619-236-8400 (Def. 3); and Scot Savary, Esq. 888-300-4339 (Def. 4) .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 16, 2007.

s/ Yesmin E. Saide
YESMIN E. SAIDE