ORIGINAL

FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>              Plaintiff,           )<br>                                   )<br>         v.                        )<br>                                   )<br>                                   )<br>                                   )<br>RAVINDERJIT SINGH SEKHON           )<br>                                   )<br>              Defendant.           )<br>_____) | Criminal Case No. 07 CR 2918H<br><br>**S U P E R C E D I N G**<br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C. Sec. 1343<br>Wire Fraud;<br>Title 18, U.S.C. Sec. 2<br>Aiding and Abetting |

The United States Attorney charges:

<u>INTRODUCTORY ALLEGATIONS</u>

At all times relevant to this Information:

1.  Alejandro Lopez (A. Lopez) charged elsewhere, and his brother, Emilio Lopez (E. Lopez) charged elsewhere, headed, managed, and supervised the "Lopez Team," which consisted of, among others, real estate agents and loan officers who conducted real estate and loan broker activities, including Defendant Ravinderjit Singh Sekhon (Defendant Sekhon) and Linda Velasquez (Velasquez) charged elsewhere.

1 | After in or about November 2004, the Lopez Team worked at the Century 21 ElDorado office (ElDorado), in San Marcos, California. The co-owners of ElDorado were A. Lopez, E. Lopez, and the two principals of Century 21 Homes First.

2. In addition to acting as real estate agents, the Lopez Team originated and brokered mortgage loans for its clients, obtaining funding from several sub-prime mortgage lenders. The sub-prime lenders offered "stated income" or "no income verification" loans at higher interest rates than conventional loans.

3. Defendant Sekhon, who was A. Lopez's brother-in-law, was hired by A. Lopez and E. Lopez as a loan officer. Defendant Sekhon helped complete loan applications and assembled loan documentation for Lopez Team clients who sought from the sub-prime lenders financing for home purchases and loan refinances.

4. Velasquez, who was hired by A. Lopez and E. Lopez, scheduled appointments, met with Lopez Team clients, discussed with clients their payment options and the use of straw buyers (i.e., third parties to fraudulently act as home buyers and borrowers), and acted as a Spanish language translator for Defendant Sekhon. Defendant Velasquez entered into a database the clients' personal and financial information which Velasquez and other Lopez Team members obtained verbally and from information forms they had the clients complete.

5. The Lopez Team could access the password-protected database on the Lopez Team website, which resided on a computer server in Florida. Defendant Sekhon, A. Lopez, Velasquez, and other Lopez team members used the database to monitor the status of its clients' real estate and loan transactions. Velasquez often printed client

information from the database and provided it to Lopez Team loan officers so they could initiate loans. When Lopez Team members accessed the database from California, they transmitted interstate wire communications.

## COUNT 1

[TITLE 18 U.S.C. § 1343 - WIRE FRAUD]

[TITLE 18 U.S.C. § 2 - AIDING AND ABETTING]

6. Beginning in or about August 2004, and continuing to on or about June 9, 2005, in the Southern District of California, and elsewhere, Defendant Ravinderjit Singh Sekhon did knowingly devise and intend to devise, with the intent to defraud, a material scheme and artifice to defraud and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises and the intentional concealment and omission of material facts.

### Manners and Means

7. It was part of the scheme to defraud that Defendant Sekhon and other Lopez Team members:

a. attended events, including swap meets, and advertized in Spanish language newspapers and publications and on Spanish language radio stations to induce low income individuals from Hispanic communities to utilize the Lopez Team's fraudulent real estate and loan broker services.

b. induced financially unqualified clients to disclose personal and financial information knowing that the Lopez Team would later alter the information on loan applications and other documents to meet the lenders' loan requirements.

c.   entered personal and financial data provided by the clients into the Lopez Team database knowing that the Lopez Team would later fraudulently alter the information on loan applications and other documents to meet lenders' loan requirements.

d.   submitted to lenders loan applications that contained inflated incomes for clients and documents that falsely verified the inflated incomes.

e.   submitted to lenders loan applications that contained false employment information which the Lopez Team and others falsely verified in writing and by impersonating employers.

f.   purchased from tax preparers, and submitted to lenders, letters that misrepresented that the clients were business owners and that the tax preparers had prepared the clients' tax returns (CPA letters).

g.   submitted to lenders loan applications that contained inflated bank account balances which the Lopez Team falsely verified with fictitious verifications of deposits.

h.   caused banks to generate false verifications of deposits by depositing Lopez Team members' own personal funds into client bank accounts.

i.   altered and submitted to lenders bank statements that were not for the clients' bank accounts, including bank statements belonging to Defendant Sekhon, Defendant Sekhon's wife, and Velasquez.

j.   submitted to lenders loan applications and other documents, including false verifications of rent, which contained inflated rent amounts, false rent payment histories, and false lengths of residency for clients.

   k. listed and caused to be listed on documents submitted to, or accessed by lenders, the contact information for Lopez Team members and others, including Defendant Sekhon, Defendant Sekhon's wife, and Velasquez, as the clients' landlords to falsely verify fictitious rental information.

   l. used third parties with higher credit scores as straw buyers to purchase homes and obtain loans for financially unqualified clients knowing that the third parties would not occupy the homes and that the loan applications would misrepresent that the homes would be "owner-occupied."

   m. prepared and submitted to lenders fictitious letters (purportedly from creditors), and caused credit agencies to make false entries to clients' credit reports, which falsely bolstered the clients' credit and falsely listed the telephone numbers of Lopez Team members and others, including Defendant Sekhon, Defendant Sekhon's wife, and Velasquez, as contacts for the creditors.

   n. submitted to lenders loan applications that falsely represented that clients were United States citizens.

   o. submitted to lenders copies of false social security cards which the Lopez Team altered to eliminate the work restriction language.

## EXECUTION OF THE SCHEME TO DEFRAUD

8. On or about August 24, 2004, within the Southern District of California and elsewhere, Defendant Ravinderjit Singh Sekhon, for the purpose of executing and attempting to execute the aforementioned material scheme to defraud and to obtain money and property by materially false and fraudulent pretenses, representations and promises and the intentional concealment and omission of material

1  facts, with intent to defraud, did knowingly cause to be transmitted
2  by wire communication in interstate commerce, writings, signs,
3  signals and sounds, that is, an entry he made in the Lopez Team
4  database relating to a loan, that was transmitted by wire from San
5  Diego, California to Florida;

6      All in violation of Title 18, United States Code, Sections 1343
7  and 2.

8  DATED: 11/6/07

KAREN P. HEWITT
United States Attorney

*/s/ Yesmin E. Saide*

YESMIN E. SAIDE
Assistant United States Attorney

*/s/ Valerie H. Chu*

VALERIE H. CHU
Assistant United States Attorney