AO 455(Rev. 5/85) Waiver of Indictment



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| RAVINDERJIT SINGH SEKHON | CASE NUMBER 07 CR 2918 H |

I, RAVINDERJIT SINGH SEKHON, the above named defendant, who is accused of: Title 18, U.S.C. Sec. 371 - Conspiracy to Commit Wire Fraud; Title 18, U.S.C. Sec. 981(A)(1)(C) and Title 28, U.S.C. Sec. 2461(c) - Forfeiture, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-13-07, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RAVINDERJIT SINGH SEKHON
Defendant

9.21.07
Date

Kurt Hermansen
Attorney for Defendant

Before _____
JUDICIAL OFFICER

FILED
NOV 13 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                DEPUTY