AO 455(Rev. 5/85) Waiver of Indictment **ORIGINAL**

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| RAVINDERJIT SINGH SEKHON | CASE NUMBER: 07CR2918-H |

I, RAVINDERJIT SINGH SEKHON, the above named defendant, who is accused of: Title 18, U.S.C. Sec. 1343 - Wire Fraud; Title 18, U.S.C. Sec. 2 - Aiding & Abetting, being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11-13-07, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
RAVINDERJIT SINGH SEKHON
Defendant

11·6·07
Date

_____
Kurt Hermansen
Attorney for Defendant

Before _____
JUDICIAL OFFICER



FILED
NOV 1 3 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY____ DEPUTY