Law Office of Kurt David Hermansen
Kurt David Hermansen, Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California 92101-3909
Telephone: (619) 236-8300
Facsimile: (619) 236-8400
Cellular: (619) 436-8117
Attorney for Defendant
KDH@KurtDavidHermansen.com
RAVINDERJIT SINGH SEKHON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 07cr2918 H |
|---|---|
| Plaintiff, | ) ACKNOWLEDGMENT OF |
| v. | ) NEXT COURT DATE |
| RAVINDERJIT SINGH SEKHON, | ) |
| Defendant. | ) |

I, RAVINDERJIT SINGH SEKHON, hereby acknowledge that the sentencing hearing presently set for February 4, 2008, has been moved to March 17, 2008 at 9:00 a.m., and that I am to appear on March 17, 2008 at 9:00 a.m., before the Honorable Marilyn L. Huff, in the United States District Court, Southern District of California, in San Diego, California.

Dated: 1-7-08

RAVINDERJIT SINGH SEKHON
Defendant

07cr2918 H