UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.  07cr2918 H |
| Plaintiff, ) ) | **ORDER CONTINUING SENTENCING HEARING DATE FOR DEFENDANT RAVINDERJIT SINGH SEKHON BASED ON JOINT MOTION** |
| v. ) | |
| RAVINDERJIT SINGH SEKHON (3), ) ) | |
| Defendant. ) | |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the February 4, 2008 sentencing hearing be continued to **March 17, 2008 at 9:00 a.m.** as to defendant Ravinderjit Singh Sekhon.  Defendant Ravinderjit Singh Sekhon is out of custody and has filed an acknowledgment of next court date.  The Court finds the time between February 4, 2008 and March 17, 2008 is excluded under the Speedy Trial Act for acceptance of plea.

**IT IS SO ORDERED.**

Dated: January 9, 2008

                                                                 _____
                                                                 **MARILYN L. HUFF**
                                                                 **UNITED STATES DISTRICT COURT JUDGE**

07cr2918 H