```
 1   KAREN P. HEWITT
     United States Attorney
 2   YESMIN E. SAIDE
     Assistant U.S. Attorney
 3   California State Bar No. 067386
     United States Attorney's Office
 4   880 Front Street, Room 6293
     San Diego, California 92101-8893
 5   Telephone: (619) 557-6755/(619) 557-7055 (Fax)
     Email: yesmin.saide@usdoj.gov
 6
     Attorneys for Plaintiff
 7   United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR2918-W |
|---|---|---|
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| v. | ) | |
| ALEJANDRO LOPEZ, ET AL. | ) | |
| Defendants. | ) | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as lead counsel in the above-captioned case.

I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

| Name | Cal. Bar No. | Telephone No. | Email Address |
|---|---|---|---|
| Yesmin E. Saide | 067386 | (619) 557-6755 | yesmin.saide@usdoj.gov |
| Valerie Chu | 241709 | (619) 557-7837 | valerie.chu@usdoj.gov |

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should

2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case:

3  <u>Name</u>                    <u>Cal. Bar No.</u>   <u>Telephone No.</u>           <u>Email Address</u>

4

5  Please call me if you have any questions about this notice.

6  DATED: January 10, 2008

7                                              Respectfully submitted,

8                                              KAREN P. HEWITT
                                               United States Attorney
9

10
                                               s/YESMIN E. SAIDE
11                                             Assistant United States Attorney
                                               Attorneys for Plaintiff
12                                             United States of America
                                               **Email: yesmin.saide@usdoj.gov**
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27
   Notice of Appearance
28 United States v. Lopez, et al.                 2                          07CR2918-W

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 07CR2918-W |
| Plaintiff, ) | |
| ) | CERTIFICATE OF SERVICE |
| v. ) | |
| ) | |
| ALEJANDRO LOPEZ, ET AL. ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY CERTIFIED THAT:

I, Yesmin E. Saide, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. : I have caused service of: Government's Notice of Appearance on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

    Ezekiel Cortez, Esq., (Def. 1)    lawforjustice@aol.com

    Gregory Vega, Esq., (Def. 2)    vega@scmv.com

    Kurt D. Hermansen, Esq., (Def. 3)    KDH@KurtDavidHermansen.com

    Scot Savary, Esq. (Def. 4)    sas@savarylaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 10, 2008.

                                                    s/ Yesmin E. Saide
                                                    YESMIN E. SAIDE