1  Law Office of Kurt David Hermansen
   Kurt David Hermansen, Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California 92101-3909
3  Telephone:  (619) 236-8300
   Facsimile:  (619) 236-8400
4  Cellular:   (619) 436-8117
   Attorney for Defendant
5  KDH@KurtDavidHermansen.com
   RAVINDERJIT SINGH SEKHON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr2918 H |
| Plaintiff, | ACKNOWLEDGMENT OF NEXT COURT DATE |
| v. | |
| RAVINDERJIT SINGH SEKHON, | |
| Defendant. | |

I, RAVINDERJIT SINGH SEKHON, hereby acknowledge that the sentencing hearing presently set for March 17, 2008, has been moved to May 12, 2008 at 9:00 a.m., and that I am to appear on May 12, 2008 at 9:00 a.m., before the Honorable Marilyn L. Huff, in the United States District Court, Southern District of California, in San Diego, California.

Dated: 3/11/2008

RAVINDERJIT SINGH SEKHON
Defendant

07cr2918 H