# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAVINDERJIT SINGH SEKHON (3),<br><br>Defendant. | Case No. 07cr2918 H<br><br>**ORDER CONTINUING SENTENCING HEARING DATE FOR DEFENDANT RAVINDERJIT SINGH SEKHON BASED ON JOINT MOTION** |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the March 17, 2008 sentencing hearing be continued to **May 12, 2008 at 9:00 a.m.** as to defendant Ravinderjit Singh Sekhon. Defendant Ravinderjit Singh Sekhon is out of custody and has filed an acknowledgment of next court date. The Court finds the time between March 17, 2008 and May 12, 2008 is excluded under the Speedy Trial Act for acceptance of plea.

**IT IS SO ORDERED.**

Dated: March 11, 2008

**MARILYN L. HUFF**
**UNITED STATES DISTRICT COURT JUDGE**

07cr2918 H