1  LAW OFFICE OF KURT DAVID HERMANSEN
   Kurt David Hermansen Cal. Bar No. 166349
2  110 West C Street, Suite 1810
   San Diego, California  92101-3909
3  Telephone:   (619) 236-8300
   Facsimile:    (619) 236-8400
4  Cellular:      (619) 436-8117
   KDH@KurtDavidHermansen.com
5  Attorney for Defendant
   RAVINDERJIT SINGH SEKHON

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  07cr2918 H |
|---|---|
| Plaintiff, | ) JOINT MOTION TO CONTINUE |
| | ) SENTENCING HEARING |
| v. | ) |
| RAVINDERJIT SINGH SEKHON (3), | ) |
| Defendants. | ) |

IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Valerie Chu, Assistant United States Attorney, and the Defendant, Ravinderjit Singh Sekhon, by and through his counsel, Kurt David Hermansen, that the sentencing hearing in the above entitled case scheduled for May 12, 2008 at 9:00 a.m., be continued to July 21, 2008, at 9:00 a.m. for Mr. Sekhon.

The parties agree that the time between May 12, 2008 and July 21, 2008 is excludable under the Speedy Trial Act for acceptance of plea.

1  　　　The undersigned defense attorney for Mr. Sekhon called the Court's courtroom deputy
2  to obtain the new date and that date is agreeable to both parties. A proposed order with respect
3  to this joint motion is being submitted directly to the court via efile_huff@casd.uscourts.gov.
4  　　　Defendant Sekhon is out of custody on bond. An acknowledgment of the next court date
5  is being filed contemporaneously with this joint motion.

6

7  　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

8  Dated: *April 28, 2008*　　　　　　　　　　　　　*s/Kurt David Hermansen*

9  　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant Sekhon
　　　　　　　　　　　　　　　　　　　　　　Email:  KDH@KurtDavidHermansen.com
10

11
　　Dated: *April 28, 2008*　　　　　　　　　　　　　　*s/Valerie Chu*
12
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
13　　　　　　　　　　　　　　　　　　　　　　Email: Valerie.Chu@usdoj.gov

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 07cr2918 H |
| Plaintiff, ) | CERTIFICATE OF SERVICE |
| v. ) | |
| RAVINDERJIT SINGH SEKHON, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEAR-ING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Valerie Chu
Valerie.Chu@usdoj.gov, efile.dkt.mf@usdoj.gov, Tina.Gray@usdoj.gov

Ezekiel E Cortez
lawforjustice@aol.com, barbaraj@cortezjohnson.sdcoxmail.com

Scott Andrew Savary
sas@savarylaw.com, savaryesq@aol.com

Gregory A Vega
vega@scmv.com, havard@scmv.com

Kurt David Hermansen
KDH@KurtDavidHermansen.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  *April 28, 2008*          *s/Kurt David Hermansen*

                                      Attorney for Defendant Sekhon
                                      Email: KDH@KurtDavidHermansen.com