1
2
3
4
5
6
7
8

9                    UNITED STATES DISTRICT COURT

10                   SOUTHERN DISTRICT OF CALIFORNIA

11 _____

12 UNITED STATES OF AMERICA,        )  Case No.  07cr2918 H
                                    )
13          Plaintiff,               )  **ORDER CONTINUING SENTENCING**
                                    )  **HEARING DATE FOR DEFENDANT**
14 v.                                )  **RAVINDERJIT SINGH SEKHON**
                                    )
15 RAVINDERJIT SINGH SEKHON (3),    )
                                    )
16                                   )
            Defendant.
17
   _____
18

19    **THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the May 12, 2008
20 sentencing hearing be continued to **July 21, 2008 at 9:00 a.m.** as to defendant Ravinderjit Singh
21 Sekhon.  Defendant Ravinderjit Singh Sekhon is out of custody and has filed an acknowledgment
22 of next court date.  The Court finds the time between May 12, 2008 and July 21, 2008 is excluded
23 under the Speedy Trial Act for acceptance of plea.
24    **IT IS SO ORDERED.**
25
26 Dated:  April 29, 2008                    _____
                                             **MARILYN L. HUFF**
27                                           **UNITED STATES DISTRICT COURT JUDGE**
28

07cr2918 H