```
LAW OFFICE OF KURT DAVID HERMANSEN
Kurt David Hermansen Cal. Bar No. 166349
110 West C Street, Suite 1810
San Diego, California  92101-3909
Telephone:   (619) 236-8300
Facsimile:    (619) 236-8400
Cellular:      (619) 436-8117
KDH@KurtDavidHermansen.com
Attorney for Defendant
RAVINDERJIT SINGH SEKHON
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  07cr2918 H |
| Plaintiff, | JOINT MOTION TO CONTINUE SENTENCING HEARING |
| v. | |
| RAVINDERJIT SINGH SEKHON (3), | |
| Defendants. | |

　　　　IT IS HEREBY REQUESTED by the parties in the case, Plaintiff, United States of America, by and through its counsel, Karen P. Hewitt, United States Attorney, and Valerie Chu, Assistant United States Attorney, and the Defendant, Ravinderjit Singh Sekhon, by and through his counsel, Kurt David Hermansen, that the sentencing hearing in the above entitled case scheduled for July 21, 2008, at 9:00 a.m., be continued to **October 6, 2008, at 9:00 a.m.** for Mr. Sekhon.

　　　　The parties agree that the time between July 21, 2008 and August 18, 2008 is excludable under the Speedy Trial Act.

　　　　The undersigned defense attorney for Mr. Sekhon called the Court's courtroom deputy to obtain the new date and that date is agreeable to both parties.

1     A proposed order with respect to this joint motion is being submitted directly to the court via efile_huff@casd.uscourts.gov.

    Defendant Sekhon is out of custody on bond. An acknowledgment of the next court date is being filed contemporaneously with this joint motion.

                                                Respectfully submitted,

Dated: *July 8, 2008*                                    *s/Kurt David Hermansen*
                                                 Attorney for Defendant Sekhon
                                                 Email: KDH@KurtDavidHermansen.com

Dated: *July 8, 2008*                                    *s/Valerie Chu*
                                                 Assistant United States Attorney
                                                 Email: Valerie.Chu@usdoj.gov

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07cr2918 H |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| RAVINDERJIT SINGH SEKHON, | |
| Defendant. | |

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **JOINT MOTION TO CONTINUE SENTENCING HEARING** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Valerie Chu
Valerie.Chu@usdoj.gov, efile.dkt.mf@usdoj.gov, Tina.Gray@usdoj.gov

Ezekiel E Cortez
lawforjustice@aol.com, barbaraj@cortezjohnson.sdcoxmail.com

Scott Andrew Savary
sas@savarylaw.com, savaryesq@aol.com

Gregory A Vega
vega@scmv.com, havard@scmv.com

Kurt David Hermansen
KDH@KurtDavidHermansen.com

Yesmin E Saide
Yesmin.Saide@usdoj.gov, efile.dkt.mf@usdoj.gov, Marla.Negrete@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _July 8, 2008_            *s/**Kurt David Hermansen***
                                        Attorney for Defendant Sekhon
                                        Email: KDH@KurtDavidHermansen.com

C:\_KDH-docs\MOTNS\Fed\Joint\cont Sekhon_sent.wpd

-3-