1 | LAW OFFICE OF KURT DAVID HERMANSEN
Kurt David Hermansen, Cal. Bar No. 166349
2 | 110 West C Street, Suite 1810
San Diego, California 92101-3909
3 | Telephone: (619) 236-8300
Facsimile: (619) 236-8400
4 | Cellular: (619) 436-8117
Attorney for Defendant
5 | KDH@KurtDavidHermansen.com
RAVINDERJIT SINGH SEKHON

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 07cr2918 H |
|---|---|
| Plaintiff, | ) ACKNOWLEDGMENT OF ) NEXT COURT DATE |
| v. | ) |
| RAVINDERJIT SINGH SEKHON, | ) |
| Defendant. | ) |

I, RAVINDERJIT SINGH SEKHON, hereby acknowledge that the Motion Hearing is continued from July 21, 2008, to October 6, 2008, at 9:00 a.m. I also acknowledge that I am to appear before the Honorable Marilyn L. Huff, in the United States District Court, Southern District of California, in San Diego, California, on October 6, 2008, at 9:00 a.m.

Dated: 7-8-2008

RAVINDERJIT SINGH SEKHON
Defendant

07cr2918 H