UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. 07cr2918 H |
| Plaintiff,    ) ) | **ORDER CONTINUING SENTENCING HEARING FOR DEFENDANT** |
| v.    ) ) | **RAVINDERJIT SINGH SEKHON BASED ON JOINT MOTION** |
| RAVINDERJIT SINGH SEKHON (3),    ) ) | |
| Defendant.    ) | |

**THE COURT HEREBY ORDERS**, upon joint motion of the parties, that the July 21, 2008 sentencing hearing be continued to **October 6, 2008, at 9:00 a.m.**, as to defendant Ravinderjit Singh Sekhon. Defendant Ravinderjit Singh Sekhon is out of custody and has filed an acknowledgment of next court date. The Court finds the time between July 21, 2008 and October 6, 2008 is excluded under the Speedy Trial Act.

**IT IS SO ORDERED.**

Dated:  July 9, 2008

_____
**MARILYN L. HUFF**
**UNITED STATES DISTRICT COURT JUDGE**

07cr2918 H