```
 1  Law Office of Kurt David Hermansen
    Kurt David Hermansen, Cal. Bar No. 166349
 2  110 West C Street, Suite 1810
    San Diego, California  92101-3909
 3  Telephone:   (619) 236-8300
    Facsimile:   (619) 236-8400
 4  Cellular:    (619) 436-8117
    KDH@Kurt David Hermansen.com
 5  Attorney for Defendant
    RAVINDERJIT SINGH SEKHON
 6
 7
 8
 9                  UNITED STATES DISTRICT COURT
10                  SOUTHERN DISTRICT OF CALIFORNIA
11
12  UNITED STATES OF AMERICA,      )  Case No.  07cr2918 H
                                   )
13              Plaintiff,         )
         v.                        )  NOTICE OF CHANGE OF ADDRESS
14                                 )  AND FAX NUMBER EFFECTIVE
    RAVINDERJIT SINGH SEKHON (3),  )  SEPTEMBER 1, 2008
15                                 )
                Defendant.         )
16
17  To the Clerk of this Court and all parties of record:
18  I hereby give notice that on September 1, 2008, my address will change to:
19              Law Office of Kurt David Hermansen
20              110 West C Street, **Suite 1903**
21              San Diego, California 92101
22  Also, my fax number will change to **(619) 794-2263**.
23                           Respectfully submitted,
24  Executed on: *August 15, 2008*      *s/Kurt David Hermansen*
25                           Attorney for Defendant
                             Email: KDH@KurtDavidHermansen.com
26
27
28
```

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 07cr2918 H |
| Plaintiff, | ) | |
| v. | ) | |
| RAVINDERJIT SINGH SEKHON (3), | ) | **CERTIFICATE OF SERVICE** |
| Defendant. | ) | |

IT IS HEREBY CERTIFIED THAT:

I, KURT DAVID HERMANSEN, am a citizen of the United States and am at least eighteen years of age. My business address is 110 West C Street, Suite 1810, San Diego, California 92101.

I have caused service of **NOTICE OF CHANGE OF ADDRESS AND FAX NUMBER EFFECTIVE SEPTEMBER 1, 2008**.

The following recipients are currently on the list to receive e-mail notices for this case and have thus been served electronically at the following email addresses:

**Kurt David Hermansen**
KDH@KurtDavidHermansen.com

**Valerie Chu**
Valerie.Chu@usdoj.gov,efile.dkt.mf@usdoj.gov,monica.zamora@usdoj.gov

**Ezekiel E Cortez**
lawforjustice@aol.com,barbaraj@cortezjohnson.sdcoxmail.com

**Yesmin E Saide**
Yesmin.Saide@usdoj.gov,efile.dkt.mf@usdoj.gov,Marla.Negrete@usdoj.gov

**Scott Andrew Savary**
sas@savarylaw.com,savaryesq@aol.com

**Gregory A Vega**
vega@scmv.com,havard@scmv.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: *August 15, 2008*     *s/Kurt David Hermansen*
                                                              Attorney for Defendant
                                                              Email: KDH@KurtDavidHermansen.com